*(III So. 55)*

No. 28196.

ˋSTATE of Louisiana v. Pete SKEELS.

(Nov. 29, 1926.)

Appeal from Ninth Judicial District Court, Parish of Grant; R. C. Culpepper and L. L. Hooe, Judges.

J. W. Elder, of Farmerville, for appellant.

Percy Saint, Atty. Gen., Percy T. Ogden, Asst. Atty. Gen., and Cleveland Dear, Dist. Atty., of Alexandria (E. R. Schowalter, Asst. Atty. Gen., of counsel), for the State.

THOMPSON, J. The question presented in this case is the same as the one considered in State v. Dolly Tully (No. 28194) ante, p. 666, 111 So. 53, this day decided.

For the reasons given in that case, the conviction and sentence herein appealed from are affirmed.